# Kemmerer et al., Appellants, *v.* Reading City.

Argued February 28, 1921. Appeal, No. 254, Jan. T., 1921, by plaintiffs, from decree of C. P. Berks Co., No. 1270, Equity Docket, 1920, dismissing bill in equity, in case of Kemmerer & Zechman et al. v. Reading City and George M. Madeira, Jr. Before MOSCHZISKER, C. J., FRAZER, WALLING, SADLER and SCHAFFER, JJ. Affirmed.

OPINION BY MR. JUSTICE SCHAFFER, March 21, 1921:

This is a companion case to Clouser v. Reading, in which an opinion has just been handed down; for the reasons there given the decree is affirmed at appellants' costs.